UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SUSAN ALLEN,

               Plaintiff,

v.

SOUTHERN CAYUGA SCHOOL DISTRICT,

               Defendant.

**STIPULATION OF VOLUNTARY DISCONTINUANCE**

Civil Action No.: 16-0960

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the respective parties herein, that whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above captioned action be and the same is hereby voluntarily discontinued with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii) without costs or attorneys' fees to either party.

Dated: January 20, 2017

                                                   /s/ Adam Lease
                                                 Adam C. Lease, Esq.
                                                 Karpf, Karpf & Cerutti, P.C.
                                                 *Attorneys for Plaintiff*
                                                 Two Greenwood Square
                                                 3331 Street Road, Suite 128
                                                 Bensalem, PA 19020
                                                 Telephone: (215) 639-0801
                                                 Facsimile: (215) 639-4970

Dated: ~~January~~ February 1, 2017

IT IS SO ORDERED.

*Norman A. Mordue*
Norman A. Mordue
Senior U.S. District Judge

Dated: February 2, 2017



Charles E. Symons, Esq.
Bar Roll No. 511861
*Attorneys for Defendant*
*Southern Cayuga Central School District*
Office & P.O. Address
5010 Campuswood Drive
East Syracuse, New York 13057
Telephone: (315) 437-7600
Facsimile: (315) 437-7744
cesymons@ferrarafirm.com